| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) HEARTFIELD, THAD | 2. Court or Organization U.S.D.C. (TEXAS EASTERN) | 3. Date of Report 05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT COURT JUDGE (SENIOR) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 300 WILLOW STREET, RM. 212 BEAUMONT, TEXAS 77701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Heartfield, Thad

| Name of Person Reporting | . | Date of Report |
|---|---|---|
| HEARTFIELD, THAD | | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

| ✓ | NONE *(No reportable non-investment income.)* |
|---|---|

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

| ✓ | NONE *(No reportable non-investment income.)* |
|---|---|

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

| ✓ | NONE *(No reportable reimbursements.)* |
|---|---|

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Western National Life Ins. Co. | A | Interest | J | T | | | | | |
| 2. Western National Life Ins. Co. | A | Interest | J | T | | | | | |
| 3. Wells Fargo, Checking | A | Interest | K | T | | | | | |
| 4. Wells Fargo, Checking | A | Interest | J | T | | | | | |
| 5. Wells Fargo, Checking | A | Interest | J | T | | | | | |
| 6. Enerrvest Operating LLC | A | Royalty | J | T | | | | | |
| 7. Three Forks Resources | A | Royalty | J | T | | | | | |
| 8. Enterprise Crude Oil LLC | A | Royalty | J | T | | | | | |
| 9. UBS RMA | A | Interest | L | T | | | | | |
| 10. UBS IRA#1 Money Market | A | Interest | N | T | | | | | |
| 11. Oppenheimer Strategic Income | D | Dividend | L | T | | | | | |
| 12. Federated Bond Fund | D | Dividend | L | T | | | | | |
| 13. Pimco Total Return Fund | D | Dividend | M | T | | | | | |
| 14. Bond Fund of America | C | Dividend | L | T | | | | | |
| 15. Greenwood Trust CD 7.00 CPN 8/9/10 | A | Interest | | | Sold | 01/26/10 | J | A | |
| 16. Discover Bank CD 6.95 8/9/10 | A | Interest | | | Sold | 08/09/10 | J | A | |
| 17. Discover Bank CD 6.8 9/7/10 | A | Interest | | | Sold | 09/07/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Providian Nat'l CD 6.10 3/7/11 | A | Interest | K | T | | | | | |
| 19. HTF Amer Growth Fund | | None | L | T | | | | | |
| 20. HTF American Grth & Income | | None | L | T | | | | | |
| 21. HTF American Global Grth | | None | L | T | | | | | |
| 22. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 23. Amer Funds High Income | D | Dividend | M | T | | | | | |
| 24. Merrill Lynch Note 5.0 1/15/15 | B | Interest | K | T | | | | | |
| 25. Vanguard REIT ETF | C | Dividend | | | Sold | 11/05/10 | M | F | |
| 26. Doral Bank Catano PR 2.80 7/9/12 | A | Interest | K | T | | | | | |
| 27. CIT BK Salt Lk 3/25 7/8/13 | A | Interest | K | T | | | | | |
| 28. Goldman Sachs BK 3.50 2/4/14 | A | Interest | K | T | | | | | |
| 29. Goldman Sachs BK 3.75 2/4/16 | A | Interest | K | T | | | | | |
| 30. I Shares I Boxx Inv Grade Fund | B | Interest | K | T | | | | | |
| 31. I Shares Barclays 1-3 yr Treas Fund | A | Interest | K | T | | | | | |
| 32. I Shares Barclays Aggregate Bnd Fund | B | Interest | L | T | | | | | |
| 33. I Shares Barclays TIPS Bnd Fnd | B | Interest | L | T | | | | | |
| 34. I Shares Barclays 3-7 yr Tsy Fund | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UBS IRA#2 Money Market | A | Interest | J | T | | | | | |
| 36. HTF American Growth & Income | | None | K | .T | | | | | |
| 37. HTF American Growth | | None | K | T | | | | | |
| 38. HTF American Global Growth | | None | K | T | | | | | |
| 39. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 40. San Antonio TX ISD 3.0% due 8/15/10 | B | Interest | | | Matured | 08/16/10 | L | B | |
| 41. Tarrant Co TX College 3.5 due 2/15/10 | A | Interest | | | Matured | 02/16/10 | K | A | |
| 42. FFI Institutional Tax-Exempt Money Market Fund | A | Dividend | | | Redeemed | 01/28/10 | L | A | |
| 43. Merrill Lynch Bank Deposit Program Money Market | A | Interest | | | Buy | 01/28/10 | M | | |
| 44. | | | | | Redeemed | 03/02/10 | M | A | |
| 45. Premium Deposit Account Money Market | A | Interest | | | Buy | 03/02/10 | M | | |
| 46. | | | | | Redeemed | 09/03/10 | M | A | |
| 47. Preferred Deposit Money Market | A | Interest | M | T | Buy | 09/03/10 | M | | |
| 48. Nuveen Insured Premium Income Fund | B | Dividend | K | T | | | | | |
| 49. Nuveen Insured Quality Muni. Fund | B | Dividend | K | T | | | | | |
| 50. Nuveen Insured Muni. Opportunity Fund | B | Dividend | K | T | | | | | |
| 51. Weslaco TX ISD 4.5% due 2/15/25 | A | Interest | K | T | Buy | 03/05/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harlandale TX ISD 4.75 due 8/15/36 | C | Interest | L | T | | | | | |
| 53. Houston TX Area Water 5.5 due 3/1/12 | B | Interest | K | T | | | | | |
| 54. TX Water Developmt Board 5.0 due 7/15/21 | C | Interest | M | T | | | | | |
| 55. Spring TX ISD 4.4 due 8/15/11 | B | Interest | L | T | | | | | |
| 56. San Antonio TX Electric & Gas 5.25 due 2/1/14 | B | Interest | K | T | | | | | |
| 57. San Antonio TX Water Rev. 5.0 due 5/15/13 | B | Interest | K | T | | | | | |
| 58. TX Tech Univ. Revs. 5.0 due 8/15/25 | B | Interest | K | T | | | | | |
| 59. San Antonio TX Electric & Gas 5.25 due 2/1/11 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THAD HEARTFIELD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HEARTFIELD, THAD | U.S.D.C. (TEXAS EASTERN) | 08/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (SENIOR) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 WILLOW STREET, RM. 212 <br> BEAUMONT, TEXAS 77701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Heartfield, Thad  A

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Western National Life Ins. Co. | A | Interest | J | T | | | | | |
| 2. Western National Life Ins. Co. | A | Interest | J | T | | | | | |
| 3. Wells Fargo, Checking | A | Interest | K | T | | | | | |
| 4. Wells Fargo, Checking | A | Interest | J | T | | | | | |
| 5. Wells Fargo, Checking | A | Interest | J | T | | | | | |
| 6. Enerrvest Operating LLC | A | Royalty | J | T | | | | | |
| 7. Three Forks Resources | A | Royalty | J | T | | | | | |
| 8. Enterprise Crude Oil LLC | A | Royalty | J | T | | | | | |
| 9. UBS RMA | A | Interest | L | T | | | | | |
| 10. UBS IRA#1 Money Market | A | Interest | N | T | | | | | |
| 11. Oppenheimer Strategic Income | D | Dividend | L | T | | | | | |
| 12. Federated Bond Fund | D | Dividend | L | T | | | | | |
| 13. Pimco Total Return Fund | D | Dividend | M | T | | | | | |
| 14. Bond Fund of America | C | Dividend | L | T | | | | | |
| 15. Greenwood Trust CD 7.00 CPN 8/9/10 | A | Interest | | | Sold | 01/26/10 | J | A | |
| 16. Discover Bank CD 6.95 8/9/10 | A | Interest | | | Sold | 08/09/10 | J | A | |
| 17. Discover Bank CD 6.8 9/7/10 | A | Interest | | | Sold | 09/07/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Providian Nat'l CD 6.10 3/7/11 | A | Interest | K | T | | | | | |
| 19. HTF Amer Growth Fund | | None | L | T | | | | | |
| 20. HTF American Grth & Income | | None | L | T | | | | | |
| 21. HTF American Global Grth | | None | L | T | | | | | |
| 22. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 23. Amer Funds High Income | D | Dividend | M | T | | | | | |
| 24. Merrill Lynch Note 5.0 1/15/15 | B | Interest | K | T | | | | | |
| 25. Vanguard REIT ETF | C | Dividend | | | Sold | 11/05/10 | M | F | |
| 26. Doral Bank Catano PR 2.80 7/9/12 | A | Interest | K | T | | | | | |
| 27. CIT BK Salt Lk 3/25 7/8/13 | A | Interest | K | T | | | | | |
| 28. Goldman Sachs BK 3.50 2/4/14 | A | Interest | K | T | | | | | |
| 29. Goldman Sachs BK 3.75 2/4/16 | A | Interest | K | T | | | | | |
| 30. I Shares I Boxx Inv Grade Fund | B | Interest | K | T | | | | | |
| 31. I Shares Barclays 1-3 yr Treas Fund | A | Interest | K | T | | | | | |
| 32. I Shares Barclays Aggregate Bnd Fund | B | Interest | L | T | | | | | |
| 33. I Shares Barclays TIPS Bnd Fnd | B | Interest | L | T | | | | | |
| 34. I Shares Barclays 3-7 yr Tsy Fund | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UBS IRA#2 Money Market | A | Interest | J | T | | | | | |
| 36. HTF American Growth & Income | | None | K | T | | | | | |
| 37. HTF American Growth | | None | K | T | | | | | |
| 38. HTF American Global Growth | | None | K | T | • | | | | |
| 39. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 40. San Antonio TX ISD 3.0% due 8/15/10 | B | Interest | | | Matured | 08/16/10 | L | B | |
| 41. Tarrant Co TX College 3.5 due 2/15/10 | A | Interest | | | Matured | 02/16/10 | K | A | |
| 42. FFI Institutional Tax-Exempt Money Market Fund | A | Dividend | | | Redeemed | 01/28/10 | L | A | |
| 43. Merrill Lynch Bank Deposit Program Money Market | A | Interest | | | Buy | 01/28/10 | M | | |
| 44. | | | | | Redeemed | 03/02/10 | M | A | |
| 45. Premium Deposit Account Money Market | A | Interest | | | Buy | 03/02/10 | M | | |
| 46. | | | | | Redeemed | 09/03/10 | M | A | |
| 47. Preferred Deposit Money Market | A | Interest | M | T | Buy | 09/03/10 | M | | |
| 48. Nuveen Insured Premium Income Fund | B | Dividend | K | T | | | | | |
| 49. Nuveen Insured Quality Muni. Fund | B | Dividend | K | T | | | | | |
| 50. Nuveen Insured Muni. Opportunity Fund | B | Dividend | K | T | | | | | |
| 51. Weslaco TX ISD 4.5% due 2/15/25 | A | Interest | K | T | Buy | 03/05/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harlandale TX ISD 4.75 due 8/15/36 | C | Interest | L | T | | | | | |
| 53. Houston TX Area Water 5.5 due 3/1/12 | B | Interest | K | T | | | | | |
| 54. TX Water Developmt Board 5.0 due 7/15/21 | C | Interest | M | T | | | | | |
| 55. Spring TX ISD 4.4 due 8/15/11 | B | Interest | L | T | | | | | |
| 56. San Antonio TX Electric & Gas 5.25 due 2/1/14 | B | Interest | K | T | | | | | |
| 57. San Antonio TX Water Rev. 5.0 due 5/15/13 | B | Interest | K | T | | | | | |
| 58. TX Tech Univ. Revs. 5.0 due 8/15/25 | B | Interest | K | T | | | | | |
| 59. San Antonio TX Electric & Gas 5.25 due 2/1/11 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 08/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Andarko Petroleum Corp. (#6 from 2009) had changed to #6, #7 and #8 in 2010.

2. General American Universal Life (#7 from 2009) had no distribution in 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ THAD HEARTFIELD

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544